```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 03642
    KIMBERLY M THOMAS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5412


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/05/2006 and was confirmed 07/10/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors    1.00%.

      The case was dismissed after confirmation 12/04/2006.
--------------------------------------------------------------------------------
 CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
 NEW AGE CHICAGO FURNITUR  SECURED              500.00             .00           111.12
 NEW AGE CHICAGO FURNITUR  UNSECURED           1367.32             .00              .00
 NEW AGE CHICAGO FURNITUR  NOTICE ONLY       NOT FILED             .00              .00
 INTERNAL REVENUE SERVICE  PRIORITY           14383.88             .00              .00
 CINGULAR                  UNSECURED         NOT FILED             .00              .00
 BUREAU OF COLLECTION REC  NOTICE ONLY       NOT FILED             .00              .00
 COMMONWEALTH EDISON       UNSECURED         NOT FILED             .00              .00
 HARVARD COLLECTION SERVI  NOTICE ONLY       NOT FILED             .00              .00
 PREMIER BANCARD CHARTER   UNSECURED            506.27             .00              .00
 ECAST SETTLEMENT CORP     UNSECURED            357.59             .00              .00
 LOAN EXPRESS CO           UNSECURED            207.00             .00              .00
 MARSHALL FIELD            UNSECURED         NOT FILED             .00              .00
 ECMC                      UNSECURED          34269.45             .00              .00
 NELNET LNS                UNSECURED              .00              .00              .00
 NELNET LNS                UNSECURED              .00              .00              .00
 NEWPORT NEWS              UNSECURED         NOT FILED             .00              .00
 PEOPLES GAS LIGHT & COKE  UNSECURED            809.54             .00              .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED           2830.15             .00              .00
 SBC ILLINOIS              UNSECURED         NOT FILED             .00              .00
 OMNIUM WORLDWIDE          NOTICE ONLY       NOT FILED             .00              .00
 AT & T BANKRUPCTY         NOTICE ONLY       NOT FILED             .00              .00
 SPRINT PCS                UNSECURED         NOT FILED             .00              .00
 TRIBUTE GOLD MASTERCARD   UNSECURED            350.18             .00              .00
 US DEPT OF EDUCATION      UNSECURED              .00              .00              .00
 WOMENS WORKOUT WORLD      UNSECURED         NOT FILED             .00              .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED            238.05             .00              .00
 EDDIE BAUER               UNSECURED         NOT FILED             .00              .00
 INTERNAL REVENUE SERVICE  UNSECURED            314.37             .00              .00
 ZALUTSKY & PINSKI LTD     REIMBURSEMENT        269.00             .00           269.00
 PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED             .00              .00
 ILLINOIS DEPT OF REVENUE  PRIORITY           3694.74              .00              .00
 ILLINOIS DEPT OF REVENUE  UNSECURED           590.98              .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03642 KIMBERLY M THOMAS
```

```
ZALUTSKY & PINSKI LTD    DEBTOR ATTY     3,000.00                       914.16
TOM VAUGHN               TRUSTEE                                         54.31
DEBTOR REFUND            REFUND                                         103.69

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  1,452.28

PRIORITY                                          269.00
SECURED                                           111.12
UNSECURED                                            .00
ADMINISTRATIVE                                    914.16
TRUSTEE COMPENSATION                               54.31
DEBTOR REFUND                                     103.69
                        ---------------    ---------------
TOTALS                   1,452.28              1,452.28
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/04/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE